AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:23-mj-65 |
| Thomas Andrew Casselman | ) Assigned To: Magistrate Judge Zia M. Faruqui |
| DOB: XXXXXX | ) Date: 3/24/2023 |
| | ) Description: Complaint with Arrest Warrant |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____January 6, 2021____ in the county of _____ in the _____ in the District of ____Columbia____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 111(a)(1) and (b) | Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon; |
| 18 U.S.C. § 231(a)(3) | Civil Disorder; |
| 18 U.S.C. § 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; |
| 18 U.S.C. § 1752(a)(2) | Disorderly or Disruptive Conduct in any Restricted Building or Grounds; |
| 18 U.S.C. §§ 1752(a)(4) and (b)(1)(a) | Physical Violence in any Restricted Building or Grounds while using or carrying a Dangerous Weapon; |
| 40 U.S.C. § 5104(e)(1)(A)(i) | Carrying a Dangerous Weapon on Capitol Grounds; |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly or Disruptive Conduct, at any place in the Grounds or in any of the Capitol Buildings; and |
| 40 U.S.C. § 5104(e)(2)(F) | Act of Physical Violence in the Grounds or any of the Capitol Buildings. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

John Kuppinger, Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 03/24/2023

*Judge's signature*

City and state: Washington, D.C.    Hon. Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*