**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Criminal No.: 24-CR-_____** |
| | : | |
| | : | **Magistrate No.: 23-mj-65** |
| **v.** | : | |
| | : | **18 U.S.C. § 111(a) (Assault, Resisting,** |
| **THOMAS ANDREW CASSELMAN,** | : | **or Impeding Certain Officers)** |
| | : | |
| **Defendant.** | : | |

## I N F O R M A T I O N

The United States Attorney charges that at all relevant times:

## COUNT ONE

On or about January 6, 2021, within the District of Columbia, **THOMAS ANDREW CASSELMAN**, did forcibly assault, resist, oppose, impede, intimidate, and interfere with, an officer and employee of the United States, and of any branch of the United States Government (including any member of the uniformed services), and any person assisting such an officer and employee, that is, Metropolitan Police Department Lieutenant L.H., and Officers P.N., B.S., and R.B., while such persons were engaged in and on account of the performance of official duties, and where the acts in violation of this section involve physical contact with the victims and the intent to commit another felony.

(**Assaulting, Resisting, or Impeding Certain Officers**, in violation of Title 18, United States Code, Section 111(a)(1))

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Katherine E. Boyles
Katherine Boyles

Assistant United States Attorney
D. Conn. Fed. Bar No. PHV20325
United States Attorney's Office
601 D Street NW
Washington, D.C. 20001
Katherine.Boyles@usdoj.gov
Phone: 203-931-5088