Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
            vs. )    Criminal Case No.: 24-cr-111 (DLF)
)
Thomas Andrew Casselman )
)
)

### WAIVER OF INDICTMENT

I, _____Thomas Andrew Casselman_____, the above-named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby

waive in open court on _____ prosecution by indictment and consent that

the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____   Date: 3/21/24
Dabney L. Friedrich
United States District Judge